UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| ASHLEY BROWN MUNOZ, *as surviving daughter and as the administrator of the* ESTATE OF JERRY LEE BROWN*, and* JAMES NEWT BROWN, *as surviving son*,<br><br>      *Plaintiffs,*<br><br>v.<br><br>JESSICA ASKEW,<br><br>      *Defendant*. | CIVIL ACTION FILE NO.<br>3:22-CV-175-DHB-BKE |

## NOTICE OF SETTLEMENT

The parties hereby notify this Court that the parties have reached an agreement regarding settlement in the above referenced matter. Upon final consummation of the agreed upon settlement, the parties will file a stipulation of dismissal.

Respectfully submitted, this the 11th day of March, 2025.

/s/ *Samantha Funt*
Samantha Funt
Georgia Bar No: 943783
Zack Greenamyre
Georgia Bar No: 293002
MITCHELL, SHAPIRO,
GREENAMYRE & FUNT LLP
881 Piedmont Road NE
Atlanta, Georgia 30309
(404) 812-4747
(404) 812-4740-Facsimile

*Counsel for Plaintiff*

/s/ *William W. Peters*
WILLIAM W. PETERS 515342
ROGER A. CHAMERS 118720
Department of Law
State of Georgia

40 Capitol Square, S.W.
Atlanta, GA 30334-1300
Telephone: (404) 458-4338
Facsimile: (404) 651-5304
wpeters@law.ga.gov
Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing using the CM/ECF system, which will send notification of filing to all counsel of record.

This the 11th day of March, 2025         /s/ *Zack Greenamyre*
                                         Georgia Bar No: 293002